UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 5:14-cv-173-BO

GREAT OUTDOORS, LLC, a Delaware )
Limited Liability Company, and )
DANIEL J. HAMMETT, an individual, )
)
                    Plaintiffs, )
)
v. )
)
iENTERTAINMENT NETWORK, INC., )
a North Carolina Corporation, )
)
                    Defendant. )

## ORDER GRANTING MOTION TO CONSOLIDATE

For the good cause shown and for the reasons set forth in the Parties' *Joint Motion to Consolidate* the Court orders that this action be consolidated with pending civil action *iEntertainment Network, Inc. v. Daniel J. Hammett and Great Outdoors, LLC*, Civil Action No. 5:14-cv-00157-BO for all purposes including all discovery, all motions and trial.

This the **27** day of **May**, 2014.

                                                                              */s/ Terrence W. Boyle*
                                                                              Terrence W. Boyle
                                                                              United States District Judge